# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-1429

———————————————

YORDAN CARMONA,

    Appellant,

    v.

STATE OF FLORIDA, DEPARTMENT
OF REVENUE, CHILD SUPPORT
PROGRAM and YARILYS SANCHEZ,

    Appellees.

———————————————

On appeal from the Department of Revenue, Child Support
Program.
Ann Coffin, Director.

October 1, 2025

PER CURIAM.

The Court accepts Appellee's confession of error, reverses the final administrative support order, and remands this matter to the Department of Revenue for further proceedings consistent with this decision.

LEWIS, ROBERTS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marti Goldstein of Marti Goldstein, P.A., Coral Gables, for Appellant.

Sarah C. Prieto, Assistant Attorney General, Tallahassee, for Appellee Department of Revenue.